UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20744-Civ-COOKE/O'SULLIVAN

ANIMACCORD LTD.,

    Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
OR UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief United States Magistrate Judge for the Southern District of Florida (ECF No. 32), regarding Plaintiff's Motion for Preliminary Injunction (ECF No. 4).

In his R&R, Judge O'Sullivan recommends that I grant Plaintiff's Motion for Preliminary Injunction as to all Defendants (ECF No. 32 at 2). The parties have not filed Objections to the R&R, and the time to do so has passed. I have reviewed Plaintiff's Motion, the briefing and accompanying exhibits, Judge O'Sullivan R&R, the record, and the relevant legal authorities. I agree with its findings and conclusions of law.

Accordingly, Judge O'Sullivan R&R (ECF No. 32) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion is **GRANTED** under the terms set forth in Judge O'Sullivan's R&R.

**DONE and ORDERED** in chambers, at Miami, Florida, this 13th day of April 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*