UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20744-Civ-COOKE/DAMIAN

ANIMACCORD LTD.,

    Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
OR UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Melissa Damian, United States Magistrate Judge for the Southern District of Florida (ECF No. 101) regarding Plaintiff's Motion for Entry of Final Default Judgment and (ECF No. 76).

In her R&R, Judge Damian recommends that I grant Plaintiff's Motion. *See* ECF No. 101. The parties have not filed Objections to the R&R, and the time to do so has passed. I have reviewed Plaintiff's Motion, the briefing and accompanying exhibits, Judge Damian's R&R, the record, and the relevant legal authorities. Upon review, the Court agrees with Judge Damian's R & R.

Accordingly, Judge Damian's R&R (ECF No. 101) is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that Plaintiff's Motion is **GRANTED** as set forth in the R&R. A final default judgment and permanent injunction be entered in favor of Plaintiff, Animaccord Ltd, and against Defendants, The

Individuals, Partnerships And Unincorporated Associations Identified in the updated Schedule "A". *See* ECF No. 100. Final Default Judgment will be entered by separate order.

**DONE and ORDERED** in chambers, at Miami, Florida, this 12th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge